**EXHIBIT 1:** VIDEO #1 – STILL FRAME IMAGE

