UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2024
```

| | |
|---|---|
| YUKI IWAMURA,<br><br>                Plaintiff,<br><br>-v.-<br><br>INDEPENDENT DIGITAL NEWS AND MEDIA, LLC et al.,<br><br>                Defendants. | 23 Civ. 9557 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

    Plaintiff filed the complaint in this action on October 31, 2023. *See* ECF No. 1. On February 26, 2024, Defendants moved to dismiss the complaint. *See* ECF No. 16. On March 18, 2024, Plaintiff filed an amended complaint. *See* ECF No. 20. On April 1, 2024, Defendants filed a letter stating that they "wish to withdraw their motion to dismiss Plaintiff's complaint and will file a motion to dismiss Plaintiff's amended complaint." ECF No. 21. Defendants then moved to dismiss the amended complaint. *See* ECF No. 22.

    In light of the foregoing, Defendants' earlier-filed motion to dismiss the complaint, ECF No. 16, is hereby DENIED as moot.

    The Clerk of Court is directed to terminate ECF No. 16.

    SO ORDERED.

Dated: April 8, 2024
       New York, New York

                                                              *Jennifer H. Rearden*
                                                               JENNIFER H. REARDEN
                                                               United States District Judge