UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ X
                                            :
YUKI IWAMURA,                               :          23cv9557 (DLC)
                                            :
                        Plaintiff,          :              ORDER
            -v-                             :
                                            :
INDEPENDENT DIGITAL NEWS AND MEDIA,         :
LLC, and GRAEME MASSIE,                     :
                                            :
                        Defendants.         :
------------------------------------------ X

DENISE COTE, District Judge:

     It having been reported to this Court that this case has

been settled, it is hereby

     ORDERED that the above-captioned action is discontinued

without costs to any party and without prejudice to restoring

the action to this Court's calendar if the application to

restore the action is made by **March 6, 2026.**  If no such

application is made by that date, today's dismissal of the

action is with prejudice.  See Muze, Inc. v. Digital On Demand,

Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).


Dated:     New York, New York
           February 4, 2026


                              _____
                              DENISE COTE
                              United States District Judge